# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RUSSELL YEAGER, | ) | |
| Petitioner, | ) | 2:13-cv-00928-GMN-VCF |
| vs. | ) | **ORDER** |
| DWIGHT W. NEVEN, *et al.*, | ) | |
| Respondents. | ) | |

Respondents have filed a motion for an extension of time in which to file a response to the petition for a writ of habeas corpus. (ECF No. 8). Respondents seek a 30-day enlargement of time, up to and including November 6, 2013, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the petition (ECF No. 8) is **GRANTED.** The response shall be filed on or before **November 6, 2013.**

Dated this 10th day of October, 2013.

Gloria M. Navarro
United States District Judge